UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DERJUAN THARRINGTON and VALERIE LEWIS | : : : | CIVIL ACTION |
| | | NO. 23-775-JWD-EWD |
| VERSUS | : : | |
| | | JUDGE JOHN W. deGRAVELLES |
| THE BOARD OF SUPERVISORS FOR SOUTHERN UNIVERSITY AND AGRICULTURAL & MECHANICAL COLLEGE and DENNIS J. SHIELDS | : : : : : | MAGISTRATE JUDGE ERIN WILDER-DOOMES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **JUDGMENT**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that all claims against the Defendants, The Board of Supervisors for Southern University and Agricultural & Mechanical College and Dennis J. Shields, are **DISMISSED**, with prejudice, and with each party to bear its own cost and attorneys' fees.

**JUDGMENT RENDERED** on this 17th day of December, 2024, in Baton Rouge, Louisiana.

_____
**DISTRICT JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**